PHILLIP A. TALBERT
United States Attorney
DAVID SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
Jan 25, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

  v.

MIGUEL ANGEL GOMEZ-TORRES,

        Defendant.

CASE NO. 2:24-mj-0010 JDP

SEALING ORDER

**UNDER SEAL**

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: January 25, 2024

Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE